**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

KAREN LORENA MOSQUERA VIVEROS

Petitioner,

v.

Case No.: 1:26−cv−09264−RMB
Chief Judge Renée Marie Bumb

ELIZABETH CONTRACT DETENTION FACILITY

Respondent.

# ORDER

This matter comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. Dkt. No. 1 ("Petition"). Petitioner alleges his immigration detention is unlawful. In accordance with Rule 4 of the Rules Governing 2254 Cases ("Habeas Rule 4"), applicable to § 2241 cases through Rule 1(b), scope of the Rules, this Court has screened the Petition for dismissal and determined dismissal is not warranted.

Respondents are hereby enjoined from transferring Petitioner from New Jersey pending further Order of the Court.

IF the Petition alleges Petitioner is unlawfully detained without a bond hearing under 8 U.S.C. 1225(b), pursuant to the Court's recent decisions in Rivera Zumba v. Bondi, No. 25−14626 (KSH), 2025 WL 2753496 (D.N.J. Sept. 26, 2025) (interpreting Section 1225(b)(2)), Rivas Rodriguez v. Rokosky, No. 25−17419 (CPO), 2025 WL 3485628 (D.N.J. Dec. 3, 2025) (interpreting Section 1225(b)(1)), and other recent decisions in this District interpreting Section 1225, the Court holds that Petitioner's mandatory detention violates the statute and due process. IF Respondents contend that: (1) Petitioner has a criminal history; or (2) Petitioner is subject to a final order of removal; or (3) Petitioner entered the United States illegally within the last five (5) years of this Order, in accordance with 8 U.S.C. 1226(a), within seven (7) days of the date of entry of this Text Order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge who shall assess whether he presents a flight risk or a danger to the community, pursuant to 8 C.F.R. Section 236.1(c)(8), (d)(1). Within three (3) days of that bond hearing, Respondents shall file a written notice of the outcome of that hearing with this Court.

UNLESS Respondents advise that Petitioner: (1) has a criminal history; or (2) is subject to a final order of removal; or (3) entered the United States illegally less than five [5] years prior to the date of this Order, in accordance with 8 U.S.C. 1226(a), within three (3) days of the date of entry of this Order, Respondents shall release Petitioner and file a status report of compliance with this Order within three (3) days of Petitioner's release.

IF the Petition challenges Petitioner's detention as unlawful because he was denied due process in a bond hearing before an immigration judge, Respondents shall file an answer to the Petition within ten (10) days and counsel for the parties shall cooperate to secure and submit the bond hearing transcript. Petitioner may file a reply brief within three (3) days of the answer.

IF the Petition alleges Petitioner is subject to unlawful prolonged non−final removal order detention after Petitioner has received a bond hearing, Respondents shall file an answer to the Petition within ten (10) days, and Petitioner may file a reply brief within three (3) days.

IF the Petition challenges Petitioner's prolonged final removal order detention as unlawful, Respondents shall file an answer to the Petition within ten (10) days and submit a removal plan, including but not limited to, a timeframe for removal and any travel documents. Respondents shall also identify any hurdles to removal within 21 days.

IF the Petition was accompanied by a motion for temporary restraining order/preliminary injunctive relief or a motion for an order to show cause why the Petition should not be granted (the "Motion"), the Motion is DISMISSED as moot because the Court has enjoined Petitioner's transfer outside this District during these proceedings and ordered an expedited resolution of this matter.

IF Petitioner alleges he/she is being denied medical treatment or prescribed medications, the parties shall meet and confer and file a status report within 24 hours of this Order.

If Petitioner appeared pro se, the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

| | |
|---|---|
| July 23, 2026 | s/ Chief Judge Renée Marie Bumb |
| DATED | United States Chief Judge |